## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINCARE ACQUISITION COMPANY V, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 07-478-GPM ) |
| INDUSTRIAL & SPORT REHABILITATIVE, LTD.; ASSOCIATED PHYSICIANS GROUP, LTD.; and JOHN VICK, | ) ) ) ) ) |
| Defendants. | ) ) |
| ASSOCIATED PHYSICIANS GROUP, LTD., and JOHN VICK, | ) ) ) |
| Counter-Plaintiffs, | ) ) |
| vs. | ) ) |
| PAINCARE ACQUISITION COMPANY V, INC., and PAINCARE HOLDINGS, INC., | ) ) ) |
| Counter-Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on the Stipulation for Immediate Entry of Judgment and Dismissal With Prejudice of Each and Every Claim Stated in the Complaint and the First Amended Counterclaim (Doc. 77) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation filed May 20, 2008, this action is **DISMISSED with**

**prejudice**.  The parties shall bear their own costs.

> **DATED**:  05/21/2008

>> NORBERT G. JAWORSKI, CLERK

>> By:  s/ Linda M. McGovern
>>        Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    U.S. DISTRICT JUDGE